UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian T. Kernan, Esq. (2506)
636 Van Houten Avenue
Suite A
Clifton, NJ  07013
(973) 953-7797
(973) 998-8376 (fax)
bkernan@vanhoutenlegal.com

Order Filed on December 4,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Grace Wilson

Case Number:     17-25828-SLM

Hearing Date:    November 29, 2017

Judge:           Stacey L. Meisel

Chapter:         13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to ___December 15, 2017___.

☐ Denied.

*rev.8/1/15*