**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian T. Kernan, Esq. (2506)
636 Van Houten Avenue
Suite A
Clifton, NJ  07013
(973) 953-7797
(973) 998-8376 (fax)
bkernan@vanhoutenlegal.com

In Re:

Grace Wilson

**Order Filed on December 4, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| Case Number: | 17-25828-SLM |
| Hearing Date: | November 29, 2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:     ☑ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2017**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___December 15, 2017___.

☐ Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Grace Wilson
   Debtor

Case No. 17-25828-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Dec 05, 2017
        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
db     +Grace Wilson,   27 Unity Avenue,   Newark, NJ 07106-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                         TOTAL: 0

   ***** BYPASSED RECIPIENTS *****
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
    Brian T Kernan    on behalf of Debtor Grace  Wilson bkernan@vanhoutenlegal.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
     rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                        TOTAL: 4