UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Grace Wilson

Case No.: _____17-25828-SLM_____

Hearing Date: _December 18, 2017_

Judge: _____Stacey L. Meisel_____

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: **December 20, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated   December 18, 2017   be and the same is hereby vacated.