Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17−25828−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Wilson
   27 Unity Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3212

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 18, 2017
JAN: nds

                                                                                     Jeanne Naughton
                                                                                      Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                          Case No. 17-25828-SLM
Grace Wilson                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2017
                             Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db             +Grace Wilson,    27 Unity Avenue,    Newark, NJ 07106-2606
517100953      +Banco Popular North America,    PO Box 4960,   Miami Lakes, FL 33014-0960
517083807       Best Buy Credit,    PO Box 79044,   Saint Louis, MO 63179
517083811      +Dress Barn Capital One,    PO Box 71084,   Charlotte, NC 28272-1106
517083812      +Franklyn Tannis,    10 Netherwood Place,   Newark, NJ 07106-2906
517083813      +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,   Suite 460,
                 West Orange, NJ 07052-5414
517024055      +Lilliam Zhang,    11 Walnut St,   Livingston NJ 07039-2507
517083814      +Lillian Zhang,    c/o Simeone & Raynor LLC,   1522 Route 38,   Cherry Hill, NJ 08002-2216
517083815      +Macy's,   PO Box 790040,    Saint Louis, MO 63179-0040
517083816      +Macy's American Express,    PO Box 790040,   Saint Louis, MO 63179-0040
516983431      +Popular Community Bank,    PO Box 4503,   Oak Park IL 60303-4503
517167323      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2017 22:44:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2017 22:44:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 19 2017 22:23:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517083808      +EDI: CAPITALONE.COM Dec 19 2017 22:23:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517083809      +EDI: CITICORP.COM Dec 19 2017 22:23:00     Citibank,   PO Box 6235,
                 Sioux Falls, SD 57117-6235
517083810      +EDI: DISCOVER.COM Dec 19 2017 22:23:00     Discover Bank,   PO Box 71084,
                 Charlotte, NC 28272-1084
517024985       EDI: DISCOVER.COM Dec 19 2017 22:23:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
517127331       EDI: PRA.COM Dec 19 2017 22:18:00     Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,   Norfolk VA 23541
517113702       EDI: PRA.COM Dec 19 2017 22:18:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517228105       EDI: Q3G.COM Dec 19 2017 22:23:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517083818      +EDI: SEARS.COM Dec 19 2017 22:23:00     Sears,   PO Box 20363,   Kansas City, MO 64195-0363
516985012      +EDI: RMSC.COM Dec 19 2017 22:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517083819       EDI: TFSR.COM Dec 19 2017 22:18:00     Toyota Financial Services,   PO Box 5855,
                 Carol Stream, IL 60197
517094662       EDI: WFFC.COM Dec 19 2017 22:23:00     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517083817*     +Popular Community Bank,    PO Box 4503,   Oak Park, IL 60303-4503
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2017
                              Form ID: 148             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:

```
              Brian T Kernan     on behalf of Debtor Grace  Wilson bkernan@vanhoutenlegal.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```