Form 149 – ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 17−25828−SLM
                            Chapter: 13
                            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Wilson
   27 Unity Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3212

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on December 18, 2017 has been vacated effective December 20, 2017.

Dated: December 21, 2017
JAN: nds

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-25828-SLM
Grace Wilson                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 149             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Grace Wilson,    27 Unity Avenue,    Newark, NJ 07106-2606
517100953      +Banco Popular North America,    PO Box 4960,   Miami Lakes, FL 33014-0960
517083807       Best Buy Credit,    PO Box 79044,    Saint Louis, MO 63179
517083808      +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
517083809      +Citibank,   PO Box 6235,    Sioux Falls, SD 57117-6235
517236873       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517083811      +Dress Barn Capital One,    PO Box 71106,   Charlotte, NC 28272-1106
517083812      +Franklyn Tannis,    10 Netherwood Place,    Newark, NJ 07106-2906
517083813      +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,   Suite 460,
                 West Orange, NJ 07052-5414
517024055      +Lilliam Zhang,    11 Walnut St,    Livingston NJ 07039-2507
517083814      +Lillian Zhang,    c/o Simeone & Raynor LLC,    1522 Route 38,   Cherry Hill, NJ 08002-2216
517083815      +Macy's,    PO Box 790040,   Saint Louis, MO 63179-0040
517083816      +Macy's American Express,    PO Box 790040,    Saint Louis, MO 63179-0040
516983431      +Popular Community Bank,    PO Box 4503,   Oak Park IL 60303-4503
517083819     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,   Carol Stream, IL 60197)
517167323      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517094662       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 23:43:09      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 23:43:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 23:44:53
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517083810      +E-mail/Text: mrdiscen@discover.com Dec 21 2017 23:42:31      Discover Bank,   PO Box 71084,
                 Charlotte, NC 28272-1084
517024985       E-mail/Text: mrdiscen@discover.com Dec 21 2017 23:42:31      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517127331       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 23:57:03
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,   POB 41067,
                 Norfolk VA 23541
517113702       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 23:45:43
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517228105       E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2017 23:42:58
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516985012      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 23:45:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517083817*     +Popular Community Bank,    PO Box 4503,   Oak Park, IL 60303-4503
517083818     ##+Sears,    PO Box 20363,   Kansas City, MO 64195-0363
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                Page 2 of 2              Date Rcvd: Dec 21, 2017
                                  Form ID: 149               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Brian T Kernan     on behalf of Debtor Grace   Wilson bkernan@vanhoutenlegal.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```