Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−25828−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Wilson
   27 Unity Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3212

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 31, 2018
JAN: env

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Grace Wilson  
    Debtor

Case No. 17-25828-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 31, 2018  
                           Form ID: 148     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.

```
db              +Grace Wilson,    27 Unity Avenue,    Newark, NJ 07106-2606
517100953       +Banco Popular North America,    PO Box 4960,    Miami Lakes, FL 33014-0960
517083807        Best Buy Credit,    PO Box 79044,    Saint Louis, MO 63179
517236873        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
517083811       +Dress Barn Capital One,    PO Box 71106,    Charlotte, NC 28272-1106
517083812       +Franklyn Tannis,    10 Netherwood Place,    Newark, NJ 07106-2906
517083813       +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,    Suite 460,
                  West Orange, NJ 07052-5414
517024055       +Lilliam Zhang,    11 Walnut St,    Livingston NJ 07039-2507
517083814       +Lillian Zhang,    c/o Simeone & Raynor LLC,    1522 Route 38,    Cherry Hill, NJ 08002-2216
517083815       +Macy's,    PO Box 790040,    Saint Louis, MO 63179-0040
517083816       +Macy's American Express,    PO Box 790040,    Saint Louis, MO 63179-0040
516983431       +Popular Community Bank,    PO Box 4503,    Oak Park IL 60303-4503
517167323       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 23:56:02      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 23:56:00      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Jun 01 2018 03:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,    Norfolk, VA 23541-1021
517083808       +EDI: CAPITALONE.COM Jun 01 2018 03:43:00      Capital One,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
517083809       +EDI: CITICORP.COM Jun 01 2018 03:43:00      Citibank,    PO Box 6235,
                  Sioux Falls, SD 57117-6235
517083810       +EDI: DISCOVER.COM Jun 01 2018 03:43:00      Discover Bank,    PO Box 71084,
                  Charlotte, NC 28272-1084
517024985        EDI: DISCOVER.COM Jun 01 2018 03:43:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
517127331        EDI: PRA.COM Jun 01 2018 03:43:00      Portfolio Recovery Associates, LLC,
                  c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517113702        EDI: PRA.COM Jun 01 2018 03:43:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517228105        EDI: Q3G.COM Jun 01 2018 03:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
517083818       +EDI: SEARS.COM Jun 01 2018 03:43:00      Sears,    PO Box 20363,    Kansas City, MO 64195-0363
516985012       +EDI: RMSC.COM Jun 01 2018 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517083819        EDI: TFSR.COM Jun 01 2018 03:43:00      Toyota Financial Services,    PO Box 5855,
                  Carol Stream, IL 60197
517094662        EDI: WFFC.COM Jun 01 2018 03:43:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517083817*      +Popular Community Bank,    PO Box 4503,    Oak Park, IL 60303-4503
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 31, 2018
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:

```
          Brian T Kernan     on behalf of Debtor Grace  Wilson bkernan@vanhoutenlegal.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```