UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, Esq.
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
973-227-2840
Chapter 13 Standing Trustee

IN RE:
GRACE WILSON

Order Filed on May 31, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Chapter 13 Case No.: 17-25828

Hearing Date: 5/23/2018

Judge: STACEY L. MEISEL

## ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 31, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: GRACE WILSON
Case No.: 17-25828

Caption of Order: **ORDER DENYING CONFIRMATION AND DISMISSING PETITION**

---

THIS MATTER having come before the Court on 5/23/2018 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED that Brian Kernan, Esq. shall disgorge $1,000.00 of attorney fees and remit same to David Beslow, Esq. on behalf of the debtor; and it is further

ORDERED AND DIRECTED that Mr. Kernan shall not file any Chapter 13 cases in the District of New Jersey for a period of 6 months; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and /or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 7 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

I hereby consent to the terms of this order as
they relate to disgorgement and future filings.

_[signature]_  5.29.2018

---

Brian Kernan, Esq.        Date
Attorney for Debtor

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-25828-SLM
Grace Wilson                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: May 31, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
db              +Grace Wilson,    27 Unity Avenue,    Newark, NJ 07106-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
      Brian T Kernan    on behalf of Debtor Grace   Wilson bkernan@vanhoutenlegal.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                               TOTAL: 5